ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**SHAWN BEDWELL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Bedwell,<br><br>    Plaintiff,<br><br>    vs.<br><br>Riley LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No.: 5:20-cv-01672-JWH-KK<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff Shawn Bedwell on the one hand, and Defendant Riley LLC, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Riley LLC, from Plaintiff's Complaint, Case Number 5:20-cv-01672-JWH-KK. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: January 19, 2021        **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, Shawn Bedwell

Dated: January 19, 2021        **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Brian T. Moss
    Brian T. Moss, Esq.
    Attorneys for Defendant, Riley LLC

## SIGNATURE ATTESTATION

    I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff Shawn Bedwell

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS