**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Shawn Bedwell, <br><br> Plaintiff, <br><br> v. <br><br> Riley LLC, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No.: 5:20-cv-01672-JWH-KKx <br><br> *Hon. John W. Holcomb* <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Action Filed: August 19, 2020 <br> Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41(a)(2), the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shawn Bedwell's ("Plaintiff") action against Defendant Riley LLC, ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: January 26, 2021

Hon. John W. Holcomb
United States District Judge
Central District of California